NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FEB 26 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TIMOTHY BRIAN GRAYSON,

Defendant - Appellant.

No. 24-4703

D.C. No.
1:14-cr-00085-JLT-SKO-1

MEMORANDUM*

Appeal from the United States District Court
for the Eastern District of California
Jennifer L. Thurston, District Judge, Presiding

Submitted February 18, 2025**

Before: SILVERMAN, WARDLAW, and DESAI, Circuit Judges.

Timothy Brian Grayson appeals from the district court's judgment and

challenges the 24-month sentence imposed upon the revocation of his supervised

release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Grayson contends that his sentence is substantively unreasonable because his

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

conduct did not constitute a supervised release violation and the statutory maximum sentence was unwarranted under the circumstances. The district court did not abuse its discretion. *See Gall v. United States*, 552 U.S. 38, 51 (2007). Grayson admitted to violating the terms of his supervised release and has not challenged the district court's decision to revoke. Moreover, the sentence is substantively reasonable in light of the 18 U.S.C § 3583(e) sentencing factors and the totality of the circumstances, including Grayson's breach of the court's trust, lack of contrition, and criminal history, as well as the need to protect the public. *See Gall*, 552 U.S. at 51.

**AFFIRMED.**